UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY COLLINS,

      Plaintiff,                        Case No. 16-10194
                                                  Hon. Matthew F. Leitman

v.

GATESTONE & CO. INTERNATIONAL INC.

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  May 13, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 13, 2016, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (313) 234-5113